UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL T. MORALES,<br><br>            Plaintiffs,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>            Defendant. | No.  2:18-cv-03051-TLN-AC<br><br><br><br>ORDER |

Plaintiff was proceeding in this matter pro se, and accordingly this motion is referred to the undersigned pursuant to Local Rule 302(c)(21).  On April 19, 2019, plaintiff filed a Motion to Proceed In Forma Pauperis.  ECF No. 18.  However, plaintiff's case was closed on March 29, 2019.  ECF No. 15.  Plaintiff is advised that documents filed by plaintiff since the closing date will be disregarded and no orders will issue in response to future filings.  Plaintiff's motion at ECF No. 18 will, accordingly, not be considered.

DATED: June 30, 2020

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1